APPEAL No. 73-212. HUMPHREY J. DONNELLY, III, *Mayor of Newport, et al. v.* RICHARD ISRAEL, *Attorney General.* Motion of appellees that appeal of Genevieve Mathison be dismissed is denied without prejudice to the right of appellees to renew the motion at the hearing on the merits. *Corcoran, Peckham & Hayes, Patrick O'N. Hayes, James S. O'Brien,* City Solicitor, for plaintiffs-appellees. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General; *Genevieve Mathison,* pro se, appellant.

APPEAL No. 73-232. CORPORATION SERVICE, INC. *et al. v.* ZONING BOARD OF REVIEW OF EAST GREENWICH *et al.* Motion of plaintiffs-appellees to dismiss appeal is granted. Notwithstanding the amendment to G. L. 1956, §9-24-1, wherein the words "in any civil action" were deleted, certiorari rather than appeal is still the proper method for appellate review of final judgments of the Superior Court in zoning cases, as previously enunciated in *Bassi* v. *Zoning Board of Review,* 107 R. I. 702, 271 A.2d 210 (1970). *Higgins, Cavanagh & Cooney, Albert D. Saunders, Jr.,* for plaintiffs-appellees. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley,* for defendants-appellants, The Carlson Corporation, Techni-Rite Electronics, Inc. and Gulton Industries, Inc.

APPEAL No. 73-242. ADELINE C. ARDENTE *v.* ZAYRE OF EAST PROVIDENCE, INC. *et al.* Motion of appellees to dismiss appeal is denied without prejudice. Motion of appellant to dismiss appellees' motion to dismiss appeal is denied without prejudice. Motion of appellees to remand to Superior Court for further hearing on motion to dismiss appellant's appeal and on appellant's motion to vacate the order entered in Superior Court on September 27, 1973 dismissing her appeal is granted. *Leonard A. Kamaras,* for appellant. *Keenan, Rice, Dolan & Reardon,* for appellees.